**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENDEAVOR MESHTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEVITON MANUFACTURING CO., INC., <br><br> Defendant. | Civil Action No. 1:14-cv-01360-GMS |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Endeavor MeshTech, Inc. and Defendant Leviton Manufacturing Co., Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an Order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 18, 2014.

| | |
|---|---|
| **STAMOULIS & WEINBLATT LLC** | */s/Stamatios Stamoulis* |
| | Stamatios Stamoulis #4606 |
| |     stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| |     weinblatt@swdelaw.com |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, Delaware  19809 |
| | Telephone:  (302) 999-1540 |
| | |
| **HENINGER GARRISON DAVIS, LLC** | Jacqueline K. Burt, *Pro Hac Vice* |
| |     jburt@hgdlawfirm.com |
| | James F. McDonough, III, *Pro Hac Vice* |
| |     jmcdonough@hgdlawfirm.com |
| | Dara T. Jeffries, *Pro Hac Vice* |
| |     djeffries@hgdlawfirm.com |
| | 3621 Vinings Slope, Suite 4320 |
| | Atlanta, Georgia  30339 |
| | Telephone:  (404) 996-0861, 0867 |
| | Facsimile:  (205) 547-5502, 5515 |
| | |
| | *Attorneys for Plaintiff* |
| | *Endeavor MeshTech, Inc.* |
| | |
| **LEVITON MANUFACTURING CO., INC.** | */s/ Meir Y. Blonder* |
| | Meir Y. Blonder |
| | General Counsel |
| | Leviton Manufacturing Co., Inc. |
| |     mblonder@leviton.com |
| | 201 North Service Road, |
| | Melville, NY 11747 |
| | Phone:  (631) 812-6497 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606