UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDEAVOR MESHTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEVITON MANUFACTURING CO., INC., <br><br> Defendant. | Civil Action No. 1:14-cv-01360-GMS |

### ORDER GRANTING DISMISS WITH PREJUDICE

BEFORE THE COURT is the Parties' Stipulated Motion to Dismiss all claims with prejudice asserted between Plaintiff, Endeavor MeshTech, Inc. and Defendant Leviton Manufacturing Co., Inc. Pursuant to the parties' stipulation, the stipulated motion is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

_____
United States District Judge